IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES SHELLEY, | § | |
| TDCJ #1079015, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-4331 |
| | § | |
| BRAD LIVINGSTON, *et al.*, | § | |
|     Defendants. | § | |

## ORDER

State inmate James Shelley filed this action *pro se* alleging violations of his civil rights in connection with a prison policy governing prisoner correspondence. This Court transferred the case to the Galveston Division, where the plaintiff is in custody, because that is where the claims arose, if at all. Shelley has filed a notice of appeal. Because this Court is no longer seized of jurisdiction over the dispute, the Clerk's Office is **ORDERED** to transfer the notice of appeal (Docket Entry No. 8) for filing with the transferred case in Galveston, which has been docketed as Civil Action No. 3:06-cv-0014.

Shelley is advised that all further pleadings and documents related to this case should be filed with the district court in Galveston in Civil Action No. 3:06-cv-0014.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on January 26, 2006.

Nancy F. Atlas
United States District Judge